FILED'10 SEP 20 10:23USDC-ORM

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOANN MURRAY,<br><br>        Plaintiff,<br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC.,<br><br>        Defendant. | Case No. 10-3089-CL<br><br>**60-DAY JUDGMENT OF DISMISSAL** |

Counsel having informed the Court that this action has been resolved,

This action is dismissed with prejudice, subject to either party reopening the case in the event of failure to consummate the final settlement within sixty (60) days of the date of this Judgment. Each party shall bear its own costs and fees.

DATED this 20th day of Sept., 2010.

MARY L. MORAN, Clerk of Court

R Moore
Courtroom Deputy